IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *   **CRIMINAL NO. 08-00078-CG** |
| **v.** | * |
| | * |
| **KENNIE LEROY BECKHAM** | * |

### AMENDED PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY **ORDERED, ADJUDGED AND DECREED** that pursuant to Title 21 U.S.C. §853(n)(1) and Federal Rule of Civil Procedure Rule G(4)(a)(iv)(C) in lieu of newspaper publication, the government may publish notice "by posting notice on an official internet government forfeiture site for at least 30 consecutive days."

All other provisions of the previously entered Preliminary Order of Forfeiture (Doc.33) shall remain in effect.

**DONE** and **ORDERED** this 11th day of March, 2009.

　　　　　　　　　　　　　　　　/s/   Callie V. S. Granade
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE