IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO.   08-00078-CG |
| v. | * | |
| | * | |
| KENNIE LEROY BECKHAM | * | |

### FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on May 13, 2008, a plea agreement was entered by Defendant, **KENNIE LEROY BECKHAM**, and the United States of America, which plea agreement provided, <u>inter</u> <u>alia</u>, that the Defendant, **KENNIE LEROY BECKHAM**, would enter a plea of guilty to Count One of the Indictment, charging him with possession with the intent to distribute crack cocaine in violation of Title 21, United States Code, §841(a)(1).  The defendant agreed in the plea agreement to immediately forfeit to the United States all of the defendant's right, title, and interest to all property which is set forth in Count Three of the Indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853.  Pursuant to that plea agreement the defendant also agreed to execute any and all paperwork to facilitate and expedite the forfeiture of the property and agreed and consented that the Order of Forfeiture in this case would become final as to the defendant at any time after the guilty plea and before his sentencing in accordance with Federal Rules of Criminal Procedure 32.2(b)(3).  Pursuant to the Plea Agreement, Defendant, **KENNIE LEROY BECKHAM**, agreed to and confessed to forfeit the following property:

   **(1) Four gold and diamond rings seized from the defendant KENNIE**

**LEROY BECKHAM on October 30, 2007;**

**(2) a 1993 black Ford Explorer, VIN # 1FMDU32X7PUD77893;**

**(3) approximately $980.00 (Nine hundred eighty dollars) in United States Currency seized from the defendant KENNIE LEROY BECKHAM on October 30, 2007.**

**WHEREAS,** the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting March 13, 2009, on www.forfeiture.gov,  A Proof of Publication was filed on April 24, 2009, (Doc. 37), specifying the details of this publication.  No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C., § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to the United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

**(1) Four gold and diamond rings seized from the defendant KENNIE LEROY BECKHAM on October 30, 2007;**

**(2) a 1993 black Ford Explorer, VIN # 1FMDU32X7PUD77893;**

**(3) approximately $980.00 (Nine hundred eighty dollars) in United States Currency seized from the defendant KENNIE LEROY BECKHAM on October 30, 2007.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward five (5)

certified copies of this Order to Assistant United States Attorney George F. May.

DONE and ORDERED this 3rd day of June, 2009.

                                           /s/ Callie V. S. Granade
                                  CHIEF UNITED STATES DISTRICT JUDGE